```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

```
BRIDGEPORT MUSIC, INC., et al., )
                                )
         Plaintiffs,            )
                                )
              v.                )    NO.  3:01-0759
                                )    Judge Campbell/Brown
BMG ENTERTAINMENT, INC., et al.,)    Jury Demand
                                )
         Defendants.            )
```

**TO: The Honorable Todd J. Campbell**

<u>**REPORT AND RECOMMENDATION**</u>

**I. DISCUSSION**

The plaintiff has advised that although they do not have the final records, it does appear that Platinum Entertainment, Inc., the sole remaining defendant, was in bankruptcy and has likely been discharged (Docket Entry No. 122).

**II.  RECOMMENDATION**

In view of this report, the Magistrate Judge **recommends** that this case be closed, subject to being reopened upon proof by the plaintiff that they have obtained a relief from the bankruptcy stay.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation, with the District Court.  Any party opposing said objections shall have ten (10) days from receipt of any objections filed in this Report in which to file any responses to said

objections. Failure to file specific objections within ten (10) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. <u>Thomas v. Arn</u>, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985), <u>reh'g</u> <u>denied</u>, 474 U.S. 1111 (1986).

**ENTERED** this 11th day of April, 2006.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge