IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., ET AL. )
)
v. ) No. 3:01-0759
) JUDGE CAMPBELL
BMG ENTERTAINMENT, INC., ET AL. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered April 11, 2006 (Docket No. 123). The Court has reviewed the Magistrate Judge's findings and the record. 28 U.S.C. §636(b)(1)(B).

The Report and Recommendation of the Magistrate Judge (Docket No. 123) is ADOPTED and APPROVED.

Accordingly, this case is administratively closed subject to reopening in the event Plaintiffs are able to show that they have obtained relief from the automatic stay in the bankruptcy case of the sole remaining defendant in this matter, Platinum Entertainment, Inc.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE